

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: VERONICA CHAVEZ VARA, | § | No. 08-23-00191-CV |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |
| | § | |

## MEMORANDUM OPINION

Relator, Veronica Chavez Vara, has filed a petition for writ of mandamus against the Honorable Guadalupe Rivera, presiding judge assigned in trial cause number 2012DCM10912, styled *Veronica Vara v. Mark Vara*, pending in the 388th District Court of El Paso, County, Texas.[1] Relator requests this Court to order Respondent to vacate the order titled, "Order Dismissing 3rd Amended Petition for Clarification and Enforcement of the Property Division of the Original Decree of Divorce," which was signed and entered on June 22, 2023.

Relator has been declared a vexatious litigant and is the subject of a prefiling order, prohibiting her from filing "any litigation relating to marital property provisions of the [parties']

---

[1] We take judicial notice of the order of assignment of Judge Guadalupe Rivera to preside in the trial court in this underlying cause by the presiding judge of the Sixth Administrative Judicial Region of Texas. The order of assignment is included in the record of a companion case pending in this Court in Cause No. 08-23-00190-CV. We decide both on this same date.

Original Decree of Divorce,"[2] pursuant to Sections 11.101 and 11.102 of the Texas Civil Practice and Remedies Code.

The clerk of this Court may not file an original proceeding or other claim presented by a vexatious litigant who is subject to a prefiling order unless the litigant first obtains an order from the appropriate local administrative judge permitting the filing. *See id*. § 11.103(a). Here, relator did not support her petition for writ of mandamus with an order from an appropriate administrative judge granting relator permission to proceed with the filing. *See id.* § 11.102. Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction. *See id*. § 11.103(a).

GINA M. PALAFOX, Justice

July 26, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.

---

[2] *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.101(a); Texas Office of Court Administration, Vexatious Litigant Order https://www.txcourts.gov/media/1456705/veronica-vera.pdf.